UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
AUG 27 2007
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| DANE ALLEN YIRKOVSKY, | * | CIV 07-4090 |
| Petitioner, | * | |
| -vs- | * | |
| | * | JUDGMENT |
| ALBERTO GONZALES, esq., Attorney General for the United States; and HARLEY G. LIPPIN, Dir., Federal Bureau of Prisons, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order filed on this date with the Clerk,

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Common Law Writ of Habeas Corpus By a Person in Federal Custody, Doc. 1, is denied with prejudice.

Dated this 27th day of August, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Shelly Margulies
(SEAL)    DEPUTY